## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Bethany Wheat, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-00148-UNA |
| | ) |
| Heartland Coca-Cola Bottling Company, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The above styled and numbered case was opened on February 4, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crite-Leoni, United States Magistrate Judge, under cause number 1:21-cv-00022-**ACL**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-00148 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: February 5, 2021                    By:/s/ Michele Crayton
                                               Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:21-cv-00022-ACL.**